IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARK D. BAYLIS, | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | CIVIL NO. 3:12-CV-02144 |
| | : | |
| CAROLYN W. COLVIN, ACTING | : | (Judge Brann) |
| COMMISSIONER OF SOCIAL | : | |
| SECURITY, | : | |
| | : | |
| Defendant | : | |

ORDER
August 5, 2014

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. The Clerk of Court shall enter judgment in favor of Mark D. Baylis and against the Commissioner of Social Security as set forth in the following paragraph.

2. The decision of the Commissioner of Social Security denying Mark D. Baylis disability insurance benefits is vacated and the case remanded to the Commissioner of Social Security to:

First, appropriately evaluate all of Baylis' medically determinable impairments, and

Second, determine whether Baylis' combined impairments equal any listing at step three of the sequential evaluation process.

3.  The Clerk of Court shall close this case.

>BY THE COURT:
>
>s/Matthew W. Brann
>Matthew W. Brann
>United States District Judge